WARREN CHAPIN, Respondent, *v.* JAMES M. FITZGERALD, Appellant.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 13, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*James M. Hunt* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

BRIDGET CONKLIN, Respondent, *v.* WILLIAM H. TICE, Appellant.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*A. H. Gleason* for appellant.

*Charles Haines* for respondent.

Agree to affirm ; no opinion.
All concur, except VANN, J., dissenting.
Judgment affirmed.